UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:15 CR 271-02 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | MAGISTRATE'S REPORT AND |
| | ) | RECOMMENDATION |
| NATALIA NISKOVSKIKH, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Kenneth S. McHargh. The Report and Recommendation (ECF # 76), issued on November 9, 2015, is hereby ADOPTED by this Court. The case was referred to Magistrate McHargh pursuant to General Order 99-49 for purposes of receiving, on consent of the parties, the defendant's guilty plea. On November 6, 2015, Defendant Niskovskikh proffered a plea of guilty to the Superceding Indictment, and the Court conducted the required colloquy pursuant to Fed. R. Crim. P. 11. The Magistrate found that the Defendant was competent, the plea was entered knowingly, intelligenlyt and voluntarily consideration and that there was sufficient information provided to establish a factual basis for the plea. Neither party has objected to the Magistrate's Report and Recommendation.

Therefore, the Report and Recommendation is adopted in its entirety. Defendant Niskovskikh's plea is hereby accepted and a finding of guilty is entered on her behalf. IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: December 17, 2015